## NEW LONDON COUNTY, MARCH, A. D. 1774.

### REX v. HUMPHREY.

A burglary may be committed on the cabin of a vessel.

INFORMATION for a burglary committed upon the cabin of a vessel lying in the harbor of New London, and stealing from thence some coffee, etc.

Plea in abatement — That a cabin of a vessel is not a house or shop, within the meaning of the statute.— Judgment — Plea in abatement is insufficient.